Paul A. Winick (PW - 6710)
Paul M. Fakler (PF - 0249)
THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10014
Phone:  212.603.2000
Fax:  212.603.2001
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEWS FOR JESUS,                                : **ECF CASE**
                                               :
                         Plaintiff,            :
                                               : **05 CV 10684(RMB)(RLE)**
              vs.                              :
                                               :
                                               :
GOOGLE, INC.,                                  :
                                               : **RULE 7.1 STATEMENT**
                         Defendant.            :
                                               :
                                               :
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Jews for Jesus. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

DATED:  December 21, 2005

                                **THELEN REID & PRIEST LLP**

                  By:   s/Paul A. Winick
                        Paul A. Winick (PW - 6710)
                        Paul M. Fakler (PF - 0249)
                        875 Third Avenue
                        New York, Near York  10022
                        Telephone:  (212) 603-2000
                        Facsimile:  (212) 603-2001
                        *Attorneys for Plaintiff*