EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEWS FOR JESUS,

                                         Plaintiff,                Index No. 05 CV 10684
                                                              AFFIDAVIT OF SERVICE

    -against-

GOOGLE, INC.,

                                       Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK    )
                            :s.s.:
COUNTY OF ALBANY    )

        DIANE KOEHLER, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years and reside in the State of New York.

        I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Ronald L. Ellis, Individual Practices of Honorable Richard Berman, Instructions for Electronic Case Filing, Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing for the above entitled-action to be served upon Corporation Service Company agents for Google, Inc., defendant herein named.

        On the 27th day of December, 2005, at approximately 3:25 p.m. at 80 State Street, Albany, New York, I served true copies of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, INDIVIDUAL PRACTICES OF HONORABLE RICHARD BERMAN, INSTRUCTIONS FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING

and GUIDELINES FOR ELECTRONIC CASE FILING, in the above entitled action, upon CORPORATION SERVICE COMPANY agent for GOOGLE, INC. defendant herein named, by leaving by personally delivering to and leaving thereat, true copies of the above mentioned documents with Georgiana McGinnis, Process Specialist for Corporation Service Company, whom are the registered agents and authorized to accept service of process for Google, Inc.

Ms. McGinnis is a Caucasian female, approximately 41 years of age, 5'0" tall, 140 lbs. with dark hair and dark eyes.

Sworn to before me this
28th day of December, 2005

_Deborah A Bottisti_
NOTARY PUBLIC

DEBORAH A. BOTTISTI
Notary Public, State Of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 20_06_

_Diane Koehler_
DIANE KOEHLER