AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JEWS FOR JESUS, Plaintiff

v.

GOOGLE INC., Defendant

**APPEARANCE**

Case Number: 05 Civ. 10684

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jews for Jesus, Plaintiff.

I certify that I am admitted to practice in this court.

January 4, 2006
Date

*[Signature]*
Signature

Paul M. Fakler — PF-0249
Print Name — Bar Number

Thelen Reid & Priest LLP, 875 Third Avenue
Address

New York, NY 10022
City   State   Zip Code

(212) 603-2143   (212) 829-2076
Phone Number   Fax Number

## Certificate of Service

I, Paul M. Fakler, hereby certify that on the 4th day of January, 2006, I caused to be served Notice of Appearance of Paul Fakler on behalf of Plaintiff, Jews for Jesus, by having true and correct copies of the same sent by first class mail to:

> Google Inc.
> c/o CSC - Corporation Service Company
> 80 State Street, Suite 6
> Albany, NY 12207

Service was made upon Defendant Google Inc. because no attorney has yet appeared on its behalf in this case.

_____
Paul M. Fakler

NY #695503 v1