UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEWS FOR JESUS,

        Plaintiff,

-against-

GOOGLE, INC.,

        Defendant.

05-CV-10684 (JES)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/06

IT IS HEREBY AGREED, by and between the undersigned counsel, that the time of Defendant Google, Inc. to respond to the Complaint herein shall be extended to February 7, 2006.

Dated: New York, New York
       January 12, 2006

THELEN REID & PRIEST, LLP

By: _____
Paul A. Winick (PW-6710)
Paul M. Fakler (PF-0249)

875 Third Avenue
New York, New York 10014
(212) 603-2000

Attorneys for Jews for Jesus

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
Jeffrey A. Conciatori (JC-6848)
Partha P. Chattoraj (PC-1235)

335 Madison Avenue, 17th Floor
New York, New York 10022
(212) 702-8100

Attorneys for Google, Inc.

SO ORDERED:

_____
      USDJ

1-17-06

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWS FOR JESUS,<br><br>           Plaintiff,<br><br>-against-<br><br>GOOGLE, INC.,<br><br>           Defendant. | 05-CV-10684 (JES)<br><br>**STIPULATION** |

IT IS HEREBY AGREED, by and between the undersigned counsel, that the time of Defendant Google, Inc. to respond to the Complaint herein shall be extended to February 7, 2006.

Dated: New York, New York
January 12, 2006

| | |
|---|---|
| THELEN REID & PRIEST, LLP | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| By: _____<br>Paul A. Winick (PW-6710)<br>Paul M. Fakler (PF-0249)<br><br>875 Third Avenue<br>New York, New York 10014<br>(212) 603-2000<br><br>Attorneys for Jews for Jesus | By: _____<br>Jeffrey A. Conciatori (JC-6848)<br>Partha P. Chattoraj (PC-1235)<br><br>335 Madison Avenue, 17th Floor<br>New York, New York 10022<br>(212) 702-8100<br><br>Attorneys for Google, Inc. |

SO ORDERED:

_____
USDJ

1-17-06

1