UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEWS FOR JESUS,

          Plaintiff,

-against-

GOOGLE INC.,

          Defendant.

05 CV 10684 (JES)

**DISCLOSURE STATEMENT**

**ELECTRONICALLY FILED**

---

Defendant Google Inc., by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows:

Google Inc. has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated:  New York, New York
         February 7, 2005

Respectfully submitted,

By: _____

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

    Jeffrey A. Conciatori (JC-6858)
    Partha P. Chattoraj (PC-1235)

335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

Attorneys for Defendant Google Inc.