AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JEWS FOR JESUS, Plaintiff,

v.

GOOGLE INC., Defendant.

**APPEARANCE**

Case Number: 05 Civ. 10684

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google Inc., Defendant.

I certify that I am admitted to practice in this court.

February 7, 2006
Date

*(signature)*
Signature

Partha P. Chattoraj     PC-1235
Print Name     Bar Number

Quinn Emanuel, 335 Madison Avenue, 17th Floor
Address

New York, NY 10017
City     State     Zip Code

(212) 702-8100     (212) 702-8200
Phone Number     Fax Number