UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEWS FOR JESUS,

                 Plaintiff,

-against-

GOOGLE INC.,

                 Defendant.

05 CV 10684 (JES)

**DECLARATION OF SERVICE**

**ELECTRONICALLY FILED**

I am not a party to the above case, and am over eighteen years old. On February 7, 2006, I caused to be served the Answer, Rule 7.1 Statement and Notice of Appearance of Defendant Google Inc. upon counsel for Plaintiff Jews for Jesus, by e-mail PDF and by first class mail, by depositing a true and correct copy thereof in a sealed envelope, postage prepaid, addressed to:

Paul M. Fakler, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022
pfakler@thelenreid.com

in a post office box under the exclusive care and custody of the United States Postal Service within New York State.

Executed on February 7, 2006, at New York, New York. I affirm under penalty of perjury that the foregoing is true and correct.

                                              Partha P. Chattoraj