```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEWS FOR JESUS,

           Plaintiff,

  - against -                            05 Civ. 10684(JES)

GOOGLE, INC.,                      **ORDER**

           Defendant.
------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Motion Conference on March 9, 2006, and plaintiff having sought leave of the Court to submit a Motion to Strike, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, plaintiff shall be and hereby is granted leave to submit its Motion to Strike, not to exceed twenty-five (25) pages, on or before April 10, 2006; and it is further

    **ORDERED** that the Court will review such motion and advise whether a Response and Oral Argument are necessary; and it is further

    **ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before July 7, 2006; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on July 11, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:    New York, New York
            March 10, 2006

                                                John E. Sprizzo
                                         United States District Judge