UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEWS FOR JESUS,

                Plaintiff,

v.

GOOGLE INC.,

                Defendant.

05 CV 10684 (JES)

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective May 15, 2006, our new address and contact numbers will be as follows:

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY 10010-1601
Telephone No.:  (212) 849-7000
Facsimile No.:  (212) 849-7100

Please make the appropriate changes in your records.

Dated:  New York, New York
         May 11, 2006

TO: CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007
*Attorneys for Plaintifs,*
Paul M. Fakler
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
Telephone No.: (212) 603-2143

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
Jeffrey A. Conciatori(JC-6858)
*Attorneys for Google, Inc.,*
Jeffrey A. Conciatori
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601
Telephone No.:  (212) 849-7000
Facsimile No.:  (212) 849-7100
www.jeffconciatori@quinnemanuel.com