SPR1220, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEWS FOR JESUS,

        Plaintiff,

-against-

GOOGLE INC.,

        Defendant.

---

05 CV 10684 (JES)

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

**ELECTRONICALLY FILED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06

 

IT IS HEREBY STIPULATED AND ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action, and each claim asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated: New York, New York
       July 17, 2006

THELEN REID & PRIEST LLP

By: _____

Paul A. Winick (PW-6710)
Paul M. Fakler (PF-0249)

875 Third Avenue
New York, New York 10022
(212) 603-2000

*Attorneys for Plaintiff*
JEWS FOR JESUS

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

By: _____

Jeffrey A. Conciatori (JC-6858)
Partha P. Chattoraj (PC-1235)

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant*
GOOGLE INC.

SO ORDERED:

_____
U.S.D.J.

7-21-06

Jews for Jesus v. Google, Inc.    Doc. 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWS FOR JESUS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>GOOGLE INC.,<br><br>                    Defendant. | 05 CV 10684 (JES)<br><br>**STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE**<br><br>**ELECTRONICALLY FILED** |

IT IS HEREBY STIPULATED AND ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action, and each claim asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated: New York, New York
       July 17, 2006

THELEN REID & PRIEST LLP

By: _____

Paul A. Winick (PW-6710)
Paul M. Fakler (PF-0249)

875 Third Avenue
New York, New York 10022
(212) 603-2000

*Attorneys for Plaintiff*
JEWS FOR JESUS

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

By: _____

Jeffrey A. Conciatori (JC-6858)
Partha P. Chattoraj (PC-1235)

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant*
GOOGLE INC.

SO ORDERED: _____
                U.S.D.J.

7-21-06